# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**ADEN JAMA,**<br><br>Defendant. | CASE NO. 2:23-mj-411<br><br>MAGISTRATE JUDGE JOLSON<br><br><u>NOTICE OF APPEARANCE</u> |

Now comes the undersigned, Owen Kalis, and hereby notify the Court, Clerk of Court, and the Assistant United State Attorney's Office that he is entering his appearance as Counsel for Defendant, Aden Jama, in the above matter.

        Respectfully submitted,

        /s/Owen Kalis
        Owen Kalis (#0098988)
        LAW OFFICE OF OWEN KALIS
        6605 Longshore Street
        Suite 240
        Dublin, Ohio 43017
        P: (937) 239-9989
        F: (937) 741-2963
        Owen@kalislawfirm.com
        *Counsel for Defendant Aden Jama*

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 17th day of July, 2023, I electronically filed the following with the Clerk of the Court, using the CM/ECF System, which will send such notification of such filing to the following: Assistant US Attorney Noah Litton at noah.litton@usdoj.gov and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: n/a.

                                                        /s/Owen Kalis  
                                                        Owen D. Kalis,  (#0098988)  
                                                        E-mail: Owen@kalislawfirm.com  
                                                        *Counsel for Defendant Aden Jama*